# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| Deanne Kundert,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Mayo Clinic,<br><br>　　　　　Defendants. | COURT MINUTES – CIVIL<br>BEFORE: BECKY R. THORSON<br>U.S. MAGISTRATE JUDGE<br><br>Case No:　　　　16-3355 PAM/BRT<br>Date:　　　　　June 23, 2017<br>Courthouse:　　Saint Paul<br>Time Commenced: 1:00pm<br>Time Concluded:　5:20 pm<br>Audio:　　　　　5:11-5:20 pm<br>Time in Court:　 4 hours 20 minutes |

Hearing on: **SETTLEMENT CONFERENCE**

**APPEARANCES:**

　　Plaintiff:　　Daniel Gray Leland

　　Defendant:　George R. Wood, Tessa K. Mlsna

**PROCEEDINGS:**

　X　Confidential Settlement reached. Terms stated on the record.

　　　Any transcript of the terms of settlement is Confidential and shall be SEALED, with access being allowed only to the parties and their counsel.

　　　　　　　　　　　　　　　*s/ Melissa S. Kruger*
　　　　　　　　　　　　　　　Courtroom Deputy/Judicial Assistant