# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Deanne Kundert,<br><br>                      Plaintiff,<br>vs.<br>Mayo Clinic,<br>                      Defendant. | Court File No. 16-cv-03355 PAM-BRT<br><br>**STIPULATION FOR FINAL JUDGMENT** |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Deanne Kundert and defendant Mayo Clinic that the above-captioned action, together with all claims that Kundert asserted or could have asserted in this lawsuit, may be dismissed with prejudice and on the merits, each party to bears its own costs, and that final judgment may be entered immediately.

Dated: July 19, 2017.

    *Daniel Gray Leland*
Daniel Gray Leland (#389027)
Leland@lelandlawoffice.com
LELAND LAW PLLC
310 Fourth Avenue South, Suite 5010
Minneapolis, MN 55415
Telephone: 612.206.3780

**ATTORNEYS FOR PLAINTIFF**

Dated: July 19, 2017.

*George R. Wood*
George R. Wood (#0166017)
gwood@littler.com
LITTLER MENDELSON, P.C.
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402.2136
Telephone: 612.630.1000

**ATTORNEYS FOR DEFENDANT MAYO CLINIC**

Firmwide:148792179.2 087104.1002