UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Deanne Kundert,

Case No. 16-cv-3355 (PAM/BRT)

Plaintiff,

v. **ORDER**

Mayo Clinic,

Defendant.
_____

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice (Docket No. 23). Accordingly, **IT IS HEREBY ORDERED** that this matter is **DISMISSED with prejudice** and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 20, 2017

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge